UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSHUA PRIDGEN,

                          Plaintiff,

   -v-                                                                     9:16-CV-535
                                                                                (DNH/CFH)

OFFICER BEATIE, Watertown Correctional Facility,
sued in both individual and official capacity,

                          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
APPEARANCES:

JOSHUA PRIDGEN
Plaintiff pro se
13-R-2638
Auburn Correctional Facility
P.O. Box 618
Auburn, NY 13021

HON. ERIC T. SCHNEIDERMAN          MICHAEL G. MCCARTIN, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

     Pro se plaintiff Joshua Pridgen brought this civil rights action pursuant to 42 U.S.C.

§ 1983. On January 17, 2018, the Honorable Christian F. Hummel, United States Magistrate

Judge, advised by Report-Recommendation that defendant's motion for summary judgment

be granted for failure to exhaust administrative remedies and that plaintiff's complaint be

dismissed in its entirety, without prejudice.  Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo review of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1.  Defendant's motion for summary judgment is GRANTED; and

2.  Plaintiff's complaint is DISMISSED in its entirety, without prejudice.

The Clerk is directed to enter judgment accordingly and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: March 19, 2018
       Utica, New York.